U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC 29 2008

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JOHN DUPUY                                CIVIL DOCKET NO. 08-1150

versus

                                          JUDGE DEE D. DRELL
ALFONZO PACHECO, et al                    MAGISTRATE JUDGE JAMES D. KIRK


REPORT AND RECOMMENDATION

Before the court is a civil rights complaint filed pursuant to 42 U.S.C. §1983, in forma pauperis ("IFP"), by pro se plaintiff, John Dupuy("Dupuy"), on August 5, 2008 (Doc. Item 1). On November 5, 2008, Dupuy filed a motion to amend/correct his complaint along with a motion for preliminary injunction (Doc. Item 4). It is the motion for preliminary injunction, which the undersigned interprets as a motion for preliminary injunction and temporary restraining order, that is currently before me for report and recommendation.

For the reasons stated on the record in open court during the hearing held today,

IT IS RECOMMENDED that Dupuy's motion for temporary restraining order be DENIED.

IT IS FURTHER RECOMMENDED that the record shall remain open as to Dupuy's motion for preliminary injunction.

Under the provisions of 28 U.S.C. §636(b)(1)(c) and

Fed.R.Civ.P. 72(b), the parties have **ten (10) business days** from the service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections with **ten (10) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the district judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON THE GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Alexandria, Louisiana on this _29th_ day of December, 2008.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE