

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN DUPUY | CIVIL ACTION NO. 08-1150 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| ALFONZO PACHECO, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's motion for temporary restraining order is DENIED.

**IT IS FURTHER ORDERED** that the record shall remain open as to Plaintiff's motion for preliminary injection.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 23rd day of January, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**